## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
## www.flsb.uscourts.gov

**In re:**                                                                                          **Case No.  23-12370-MAM**
                                                                                                              **Chapter 7**
**THOMAS JONATHAN MAGUIRE**

   **Debtor.**
_____/

### TRUSTEE'S APPLICATION FOR TURNOVER OF NON-EXEMPT PROPERTY PURSUANT TO 11 U.S.C § 542(a)

The Trustee, Michael R. Bakst, by and through undersigned counsel hereby files this Trustee's Application For Turnover of Non-Exempt Property Pursuant to 11 U.S.C § 542(a), and states:

1. This voluntary Chapter 7 bankruptcy proceeding was filed on March 28, 2023 ("Petition Date"). Michael R. Bakst has been appointed as the Chapter 7 Trustee (the "Trustee").

2. The section 341 Meeting of Creditors was held and concluded on April 27, 2023.

3. The deadline in which to object to the Debtor's claimed exemptions is August 11, 2023.

4. Pursuant to the Debtor's Amended Schedules [ECF No. 41] filed on July 13, 2023, the Debtor has listed on Schedule A/B the following non-exempt assets:

    a. Part 3. Number 6. Living room: Household Furniture: Loveseat, bed w/mattress, chairs, desk w/chair, dresser, pots & pans, dishes, mini frig, towels & linens, lounge chair, & BBQ grill. Note: Debtor rents a room and all other furnishings, all valued at $400.00, which he did not claim as exempt.

    b. Part 3. Number 7. Electronics: Cell phone, 2-TV's $250.00 3080 GPU founders edition pc 32GB Total for pc and gpu $1,200.00 2 monitors $160 1 gaming monitor 2k resolution $100 Keyboard and mouse combo $40 Total for

    all computer & accessories $1,500.00, all valued at $1,750.00, which he did not claim as exempt. The Trustee disagrees with such value based upon the Debtor's testimony at his Rule 2004 examination. Such equipment is high end sophisticated equipment that the Debtor uses to earn funds as an online video game player. The Trustee believes the value of such equipment is $5,000.00.

 c. Part 4. Number 16. Cash on hand in the amount $20.00, which he did not claim as exempt.

 d. Part 4. Number 17. Deposits of Money: Truist Bank Checking Acct# 8633, with a balance of $672.25, which he did not claim as exempt.

 e. Part 4. Number 17. Deposits of Money: Cash App Account, with a balance of $820.94, which he did not claim as exempt.

 f. Part 7. Number 53. Tools of the Trade: (Handyman) Pressure washer & surface cleaner $500 Chemical Spray $20, with a value of $520.00, which he did not claim as exempt.

5. There are assets over exemption in the total amount of $7,433.19, which have not been claimed as exempt on the Debtor's Amended Schedule C [ECF No. 41].

6. The non-exempt funds and personal property are property of the bankruptcy estate that need to be turned over to the Trustee, to be administered by the Trustee for the benefit of the estate.

7. The Trustee seeks the turnover from the Debtor the sum of $7,433.19, or all such items of property, which is property of the estate.

 11 U.S.C. § 542(a) provides:

 "Except as provided in subsection (c) or (d) of this section, an entity, other than a custodian, in possession, custody, or control, during the case, of property that the

trustee may use, sell, or lease under section 363 of this title, or that the debtor may exempt under section 522 of this title, shall deliver to the trustee, and account for, such property or the value of such property unless such property is of inconsequential value or benefit to the estate.".

**WHEREFORE**, the Trustee, **Michael R. Bakst,** respectfully requests that the Court enter an order:

(i) requiring the Debtor to turnover to the Trustee, within seven (7) days from the date of the Court Order, the sum of $7,433.19, which is property of the estate, or all such personal property and funds, to be administered by the Trustee for the benefit of the bankruptcy estate;

(ii) plus that the Court grant such other and further relief as this Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: August 11, 2023

                                              **GREENSPOON MARDER LLP**

                                              /s/ MICHAEL R. BAKST
                                              _____
                                              MICHAEL R. BAKST, Esq.
                                              Attorney for Trustee
                                              Florida Bar No. 866377
                                              525 Okeechobee Blvd., Ste. 900
                                              West Palm Beach FL 33401
                                              (561) 838-4523
                                              michael.bakst@gmlaw.com

# **CERTIFICATE OF SERVICE**

I certify that on August 11, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated below.

/s/ *Michael R. Bakst*
Michael R. Bakst

**Mailing Information for Case 23-12370-MAM**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- **Michael R. Bakst**    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- **Nicole M Noel**    bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Christian J. Olson**    ecf@nowackolson.com, mjnmyecfmail@gmail.com;olsoncr53443@notify.bestcase.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**Thomas Johnathan Maguire**
1342 NW 13 Court
Boca Raton, FL 33486

29511.0638/jmr